[No. 9914-4-II. Division Two. September 21, 1987.]

A. J. JOHNSON, ET AL, *Appellants,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 48166, Alan R. Hallowell, J., entered May 16, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8087-7-II. Division Two. September 25, 1987.]

JERALD E. SCOFIELD, ET AL, *Appellants,* v. HOWARD ROLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01255-0, Waldo F. Stone, J., entered August 10, 1984. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrie, J. Pro Tem.

[No. 10094-1-II. Division Two. September 25, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SHANE D. ERSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00329-2, James D. Roper, J., entered July 2, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.